NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1068

BID FOR POSITION, LLC,

Plaintiff-Appellant,

v.

AOL, LLC and GOOGLE, INC.,

Defendants-Appellees.

Appeal from the United States District Court for the Eastern District of Virginia in case no. 2:07-CV-582, Judge Jerome B. Friedman.

ON MOTION

ORDER

The appellees move without opposition for an 18-day extension of time, until January 30, 2009, to file a certificate of compliance with Fed. Cir. R. 11(d). The appellees also move without opposition for a 30-day extension of time, until April 23, 2009, to file their opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)   The motions are granted.

(2)   The revised official caption is reflected above.

FOR THE COURT

JAN 3 0 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Charles K. Verhoeven, Esq.
      Gregory S. Dovel, Esq.
s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 3 0 2009

JAN HORBALY
CLERK